GIOVANNI B. LOBRAVICO, Respondent, *v.* THE CITY OF NEW YORK, Appellant.

*Lobravico* v. *City of New York*, 163 App. Div. 848, affirmed.

(Argued March 15, 1917; decided April 3, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 1, 1914, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover damages from the city of New York for alleged negligent acts, in that the city suffered and permitted a trench

to be opened along Grand street in the said city, and also suffered and permitted the sewer opposite the plaintiff's place of business at No. 60 Grand street to be opened and uncovered, thereby removing the gutter and causing accumulations of water and refuse to fill the trench and to percolate and penetrate the foundation walls of the plaintiff's premises and otherwise enter his cellar, damaging and destroying merchandise and other personal property of the plaintiff.

*Lamar Hardy, Corporation Counsel.* (*William E. C. Mayer* and *Terence Farley* of counsel), for appellant.

*Walter Carroll Low* and *Henry Hoelljes* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CARDOZO, POUND, CRANE and ANDREWS, JJ. Not sitting: McLAUGHLIN, J.